UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MANUEL QUINONES JR, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-190 |
| | § | |
| JOE FRANK GARZA, *et al*, | § | |
| | § | |
| Defendants. | § | |

**OPINION AND ORDER DENYING PLAINTIFF'S
MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff Manuel Quinones, Jr., proceeding *pro se*, has filed this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's Motion for Appointment of Counsel. (D.E. 9).

In a separate order, the undersigned granted Plaintiff's application to proceed *in forma pauperis*. (D.E. 12). That order also provided that "[n]o motions for appointment of counsel shall be filed until the Court has completed its screening pursuant to 28 U.S.C. § 1915A, which may include a hearing under *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985)." (D.E. 12, ¶ 9). This Court has yet to complete the § 1915A screening process in this case. Accordingly, Plaintiff's Motion for Appointment of Counsel (D.E. 9) is DENIED without prejudice to renew after the screening process has been completed.

ORDERED this 3rd day of September, 2019.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE